JOHN SAUNDERS
v.
JEAN MARIE BOBIEN

1811

JOURNAL ENTRIES

1. Judgment . . . . . . . . . . . *Journal, infra,* *p. 354

PAPERS IN S. C. FILE

1. Copy of district court record . . . . . . . . . . . .
2. Summons and return . . . . . . . . . . . . .
3. Subpoena for Josiah Wendell and Robert H. McNiff . . . . . .
4. Promissory note (in French) . . . . . . . . . . .
5. Promissory note . . . . . . . . . . . . .

PAPERS IN D. C. FILE

1. Precipe for capias . . . . . . . . . . . . . .